LOUISE KALTENBAUGH,     *     NO. 2018-CA-1085
PH.D. AND KATHERNIE
ROBINSON, PH.D.     *     COURT OF APPEAL

VERSUS     *     FOURTH CIRCUIT

BOARD OF SUPERVISORS,     *     STATE OF LOUISIANA
SOUTHERN UNIVERSITY
AND AGRICULTURAL AND     *
MECHANICAL COLLEGE AT
BATON ROUGE (SOUTHERN     *
UNIVERSITY AT NEW     * * * * * * *
ORLEANS CAMPUS)

CONSOLIDATED WITH:               CONSOLIDATED WITH:

DAYANAND THANGADA,               NO. 2018-CA-1086
AUDREY S. MCGEE AND
SHIRLEY A. WILLIAMS-SCOTT,
PH.D.

VERSUS

BOARD OF SUPERVISORS,
SOUTHERN UNIVERSITY AND
AGRICULTURAL AND
MECHANICAL COLLEGE AT
BATON ROUGE (SOUTHERN
UNIVERSITY AT NEW ORLEANS
CAMPUS)


**BELSOME, J., CONCURS IN THE RESULT.**